NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ISAAC DELGADO,                                )
                                             )
            Appellant,                        )
                                             )
v.                                            )        Case No.  2D18-3550
                                             )
STATE OF FLORIDA,                             )
                                             )
            Appellee.                         )
                                             )
_____)

Opinion filed October 2, 2019.

Appeal from the Circuit Court for Collier
County; Ramiro Mañalich, Judge.

Howard L. Dimmig, II, Public Defender,
and Pamela H. Izakowitz, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

            Affirmed.


SILBERMAN, MORRIS, and LUCAS, JJ., Concur.